No. 612. MANUS MULLER & CO., INC., *v.* COMMISSIONER OF INTERNAL REVENUE. January 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Wilbur H. Friedman* and *Joseph M. Proskauer* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *John MacC. Hudson* for respondent.

No. 616. PLANERT *v.* COSMOPOLITAN BOND & MORTGAGE CO. January 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Meyer Abrams* and *Max Shulman* for petitioner. No appearance for respondent.

No. 617. ALLEN *v.* CLOISTERS BUILDING CORP. ET AL. January 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Meyer Abrams* and *Max Shulman* for petitioner. *Mr. Walter E. Beebe* for respondents.

No. 618. PUBLIC SERVICE COMMISSION ET AL. *v.* MISSOURI EX REL. CITIES SERVICE GAS CO. January 6, 1936. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. Ben Ely* for petitioners. *Mr. R. E. Cullison* for respondent.

No. 619. SIGNAL GASOLINE CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. January 6, 1936. Petition for writ